975 A.2d 1080

**Frank D. HELLER and Beverly A. Heller, Husband and Wife, Petitioners**

v.

**PENNSYLVANIA LEAGUE OF CITIES AND MUNICIPALI-TIES t/d/b/a Penn Prime Trust a/k/a Pennsylvania Pooled Risk Insurance for Municipal Entities, Respondent.**

Supreme Court of Pennsylvania.

July 7, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether or not the Honorable Court should strike down an exclusion in [Respondents'] policy providing that any person receiving worker's compensation benefits was ineligible for UM/UIM benefits?